**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| VOGUE INTERNATIONAL, LLC, DBA Vogue International, a Delaware limited liability company, | No.   14-56394 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-03570-PA-MRW |
| v. | MEMORANDUM[*] |
| HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation, | |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Argued and Submitted August 2, 2016
Pasadena, California

Before:  REINHARDT, KOZINSKI, and WARDLAW, Circuit Judges.

We remanded this appeal to the district court for the limited purpose of

determining whether there is federal jurisdiction.  The district court concluded that

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

there is no jurisdiction and dismissed the case.  Because no timely appeal has been filed from that determination, this appeal is **DISMISSED**.

Appellee's Motion to Take Judicial Notice, Dkt #42, and Appellant's Motion to Supplement the Record on Appeal, Dkt #45, are **GRANTED**.